No. 283. GOULD-MERSEREAU COMPANY *v.* WILLIAMS BROS. AIRCRAFT CORPORATION. Certiorari to the Circuit Court of Appeals for the Second Circuit. Argued April 21, 1927. Decided April 21, 1927. *Per Curiam.* The decree of the Circuit Court of Appeals is reversed upon the authority of *Alexander Milbourn Co.* v. *Davis-Bournonville Co.,* 270 U. S. 390, and the cause is remanded to that court for reconsideration with special regard to the decision in that case. *Mr. William S. Pritchard,* with whom *Mr. Ernest G. Metcalfe* was on the brief, for petitioner. *Messrs. D. A. Usina, Hervey S. Knight,* and *George L. Wilkinson* were on the brief for respondent.